AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Jones II, C. Darnell | **2. Court or Organization**<br><br>Pennsylvania, Eastern District | **3. Date of Report**<br><br>06/14/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
601 Market St.
Room 15613
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law (salaried) | The University of Pennsylvania Law School |
| 2. Law School Advisory Board member (no compensation) | Drexel University Thomas R. Kline School of Law |
| 3. Advisory Board member (no compensation) | Judicial Education Program-LEC, George Mason Univ., Antonin Scalia Law School |
| 4. Adjunct Professor of Law (salaried) | Temple University Beasley School of Law |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | COMMONWEALTH OF PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM-PENSION UPON DEPARTURE FROM STATE TRIAL JUDGE POSITION |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 06/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Commonwealth of Pennsylvania State Employee Retirement System-State Judicial Pension | $84,254.97 |
| 2. 2019 | Trustees of the University of Pennsylvania-Adjunct Law Professor Annual Salary | $5,000.00 |
| 3. 2019 | Temple University Beasley School of Law | $5,196.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Transamerica--Tax Deferred Annuity Plan |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. (NYIPLA) | 03-22-2019 TO 03-23-2019 | New York, NY | DINNER, CLE | Travel, food and lodging for 1 day |
| 2. | George Mason Univ. Scalia School of Law-LEC | 05-05-2019 TO 05-07-2019 | Arlington, VA | Judicial Education Panel Moderator, Advisory Board Meeting | Travel, food and lodging for 2 days |
| 3. | MDL Transferee Conference | 10-28-2019 T0 10-30-2019 | Palm Beach, FL | Judicial Education | Travel, food and lodging for 3 days |
| 4. | Philadelphia Bar Assn. | 10-11-2019 TO 10-12-2019 | Atlantic City, NJ | Judicial Education | Food and lodging for 1 day |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones II, C. Darnell** | 06/14/2020 |

| 5. | Dept. of Justice | 09-16-2019 T0 09-19-2019 | Columbia, SC | Guest Judge for AUSA Training Seminar | Travel, food and lodging for 3 days |
| 6. | USDC EDPA | 10-20-2019 TO 10-22-2019 | Galloway, NJ | Judicial Retreat for EDPA Judiciary | Travel, food and lodging for 3 days |
| 7. | Admin. Office of US Courts | 08-14-2019 T0 08-17-2019 | Seattle, Washington | Planning for Senior Status Conference | Travel, food and lodging for 4 days |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones II, C. Darnell** | 06/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Credit Card | K |
| 2. Barclays | Credit Card | K |
| 3. Capital One | Credit Card | K |
| 4. Unlimited Vacations | Travel Club | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones II, C. Darnell | 06/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Treasury Bond | A | Int./Div. | J | T | | | | | |
| 2. Citizens Bank | A | Interest | J | T | | | | | |
| 3. Comm. of Pa. State Employees Retirement System | F | Distribution | P1 | T | | | | | |
| 4. Alliance Benefit Group MidAtlantic | A | Interest | L | T | | | | | |
| 5. Exxon Mobil | A | Dividend | J | T | | | | | |
| 6. John Hancock Life Insr Annuity Lifestyle Moderate MVB Portfolio | A | Int./Div. | J | T | | | | | |
| 7. New York Life Insur Co Annuity Fixed Deferred Annuity | A | Int./Div. | J | T | | | | | |
| 8. TD Bank | A | Interest | J | T | | | | | |
| 9. American Express Savings Acct. | A | Interest | J | T | | | | | |
| 10. Rogers County Bank | A | Interest | J | T | | | | | |
| 11. Philadelphia Federal Credit Union | A | Interest | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones II, C. Darnell** | 06/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ C. Darnell Jones II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544